**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLUB EXPLORIA, LLC and CLUB EXPLORIA MANAGEMENT, LLC,**

      **Plaintiffs,**

v.                                               Case No: 6:18-cv-576-Orl-28DCI

**AARONSON, AUSTIN, P.A. and AUSTIN N. AARONSON,**

      **Defendants.**

| | | | |
|---|---|---|---|
| **UNITED STATES MAGISTRATE JUDGE:** | Daniel C. Irick | **COURTROOM:** | 5C |
| **DEPUTY CLERK:** | N. Rodriguez | **COUNSEL FOR PLAINTIFF:** | Michael J. Chiusano<br>David E. Cannella<br>Kristen |
| **AUDIO RECORDING:** | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov | **COUNSEL FOR DEFENDANT:** | Charles Meltz<br>Ryan Deitreich<br>Austin Aaronson<br><br>Ronald Charlot-Aviles<br>(Counsel for Proposed Intervenor) |
| **DATE/TIME:**<br><br>**TOTAL TIME:** | December 18, 2019<br>11:04-11:36AM<br>32 minutes | | |

**CLERK'S MINUTES**
**MOTION HEARING, #s 88, 89, 103, 104, 111**

Case called, appearances made, procedural setting by the Court.
Hearing on Motions re Docs. 88 MOTION for protective order for non-party Tiffany N. Colvin, 89 MOTION to Intervene and Incorporated Memorandum of Law, 104 MOTION to Compel Defendants' Compliance With Order Granting Plaintiffs' Motion to Compel, 103 MOTION to Compel Production of Documents Responsive to Plaintiffs' Subpoena Duces Tecum; 111 Proposed MOTION for protective order.
Parties make arguments.
Court places its decision on the record; Order to enter.
Court adjourned.