# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CLUB EXPLORIA, LLC and
CLUB EXPLORIA
MANAGEMENT, LLC,

        Plaintiffs,

v.                              Case No. 6:18-cv-576-JA-DCI

AARONSON, AUSTIN, P.A. and
AUSTIN N. AARONSON,

        Defendants.
_____

## ORDER

This case is before the Court on the Opposed Motion for Entry of Judgment on Bill of Costs (Doc. 187) filed by Defendants. The assigned United States Magistrate Judge has submitted a Report (Doc. 189) recommending that the motion be granted. Plaintiffs have not filed an objection to the Report, and the deadline to do so has passed.

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation (Doc. 189) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Opposed Motion for Entry of Judgment on Bill of Costs (Doc. 187) is **GRANTED**.

3. The Clerk is directed to enter a separate judgment for costs in favor of Defendants in the amount of $10,368.78 plus post-judgment interest for the period beginning November 11, 2020, and continuing until the judgment is satisfied.

**DONE** and **ORDERED** in Orlando, Florida, on June 14, 2021.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record